

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Richard Turner, Appellant

No. 06-15-00221-CR          v.

The State of Texas, Appellee

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 13F0329-102). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect that Richard Turner was convicted of aggravated assault with a deadly weapon and to reflect that this is a second degree offense. As modified, the judgment of the trial court is affirmed.

We further order that the appellant, Richard Turner, pay all costs of this appeal.

RENDERED DECEMBER 2, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk